# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case no. 2:17-cr-00337-RFB |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| TERENCE DEMARIUS TUCKER, | ) | |
| Defendant. | ) | |

On January 22, 2018, this Court granted counsel's Ex Parte Motion to Withdraw as Counsel (ECF No. 34).

Accordingly, IT IS HEREBY ORDERED that Attorney Gia McGillivray, is APPOINTED as counsel for Terence Demarius Tucker in place or stead of Raquel Lazo, Assistant Federal Public Defender and the Federal Public Defender Office for all future proceedings.

The Federal Public Defender Office shall forward the file to Attorney Gia Gillivray forthwith.

DATED this 22nd day of January, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE